IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVONTE KING, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEBRASKA, CITY OF NORTH PLATTE NE, and JOEL JAY, Judge, <br><br> Defendants. | **8:21CV441** <br><br><br> **MEMORANDUM AND ORDER** |

  This matter is before the court on its own motion. On December 7, 2021, the court ordered Plaintiff to pay an initial partial filing fee of $45.44 within 30 days. (Filing 7.) Plaintiff failed to do so. On January 18, 2022, the court granted Plaintiff 30 days to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. (Filing 8.) On January 27, 2022, the court's January 18 order was returned as undeliverable because, according to the Clerk of Court's entry on the docket sheet, Plaintiff has been "released from custody, no forwarding address." (Filing 9.)

  Contrary to the Nebraska General Rules, Plaintiff has failed to file and serve notice of his address change within 30 days, NEGenR 1.3(e) & (g), and has failed to pay the initial partial filing fee or show cause for such failure, as ordered by the court.

  IT IS THEREFORE ORDERED that Plaintiff's claims against the Defendants are dismissed without prejudice because Plaintiff failed to prosecute this case

diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 2nd day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2